IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**THE ESTATE OF DEANDRE DAVIS;**                            **PLAINTIFFS**
**DHADREKA BAILEY, individually and on**
**behalf of all entitled to recover; and**
**LaQuarius Hall, individually and on behalf of all**
**entitled to recover**

VS.                                                   CAUSE NO.  5:20-cv-101-DCB-MTP

**MANAGEMENT & TRAINING CORPORATION,**
**and JOHN AND JANE DOES 1-10**                             **DEFENDANTS**

## ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS
## AS TO DEFENDANT MTC CORRECTIONS, LP

On this day the Plaintiffs' Motion to Dismiss as to Defendant MTC Corrections, LP came on for consideration by the Court. The Court, having found the Motion to be well-taken, hereby grants said Motion and orders that the Plaintiffs' claims against Defendant MTC Corrections, LP be dismissed without prejudice.

This the  21st  day of  April , 2020

                                                           s/David Bramlette
                                                           Hon. David Bramlette
                                                           U.S. District Court Judge

Prepared by:

*/s/ J. Matthew Eichelberger*
Counsel for the Plaintiffs