IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**THE ESTATE OF DEANDRE DAVIS;**                                                      **PLAINTIFF**
**DHADREKA BAILEY, individually and on**
**behalf of all entitled to recover; and**
**LaQuarius Hall, individually and on behalf of all**
**entitled to recover**

VS.                                                                          CAUSE NO.  5:20-cv-101-DCB-MTP

**MANAGEMENT & TRAINING CORPORATION,**
**and JOHN AND JANE DOES 1-10**                                              **DEFENDANTS**

## NOTICE OF SERVICE

COMES NOW the Plaintiff, by and through undersigned counsel, and does hereby give notice to the Court of service of the Plaintiff's Rule 26 Initial Disclosures. Further notice is hereby given that the original of this discovery is being retained in our files.

RESPECTFULLY SUBMITTED, this the 28th day of August, 2020.

/s/ *J. Matthew Eichelberger*
J. MATTHEW EICHELBERGER, MSB# 101060

J. Matthew Eichelberger, Esq.
EICHELBERGER LAW FIRM, PLLC
308 E Pearl St, Ste 201
Jackson, MS 39201
T: 601-292-7940
F: 601-510-9103

## CERTIFICATE OF SERVICE

I, J. Matthew Eichelberger, counsel of record for Plaintiff, do hereby certify that I have this day filed the foregoing document with the Court's ECF system, which caused a true copy of the same to be delivered to all counsel of record.

This the 28th day of August, 2020.

/s/ *J. Matthew Eichelberger*